■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. ROMAN, Appellant.—Judgment of the County Court, Orange County, rendered January 3, 1977, affirmed. No opinion. This case is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL RUSKIEWICZ, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered January 13, 1976, convicting him of robbery in the second degree and assault in the second degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of assault in the second degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. As conceded by the People, under the facts of this case, assault in the second degree is a lesser included offense of robbery in the second degree. Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANN SCOTT, Also Known as ANN GILBERT, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered December 8, 1976, convicting her of promoting prostitution in the second degree, upon a jury verdict, and sentencing her to an indeterminate term of imprisonment with a maximum of four years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a five-year period of probation. As so modified, judgment affirmed, and case remitted to the County Court to fix the conditions of probation and for further proceedings pursuant to CPL 460.50 (subd 5). The sentence was excessive to the extent indicated herein. Hopkins, J. P., Latham, Margett and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE WEBB, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered September 11, 1974, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed (see *People ex rel. Franklin v Warden, Brooklyn House of Detention for Men,* 31 NY2d 498; *Barker v Wingo,* 407 US 514; *People v Taranovich,* 37 NY2d 442). Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.